## (October 11, 1941.)

In the Matter of the Application of HARRY P. KEITH, Petitioner, Appellant, for an Order Pursuant to the Provisions of Article 78 of the Civil Practice Act to Enjoin the Board of Elections of the City of New York from Holding or Conducting an Election for the Office of Justice of the Municipal Court of the City of

New York, Borough of Queens, Fourth District, against S. HOWARD COHEN and Others, Constituting the Board of Elections of the City of New York, Respondents, and NICHOLAS M. PETTE and DANIEL E. FITZPATRICK, Intervenors, Respondents.— Order unanimously affirmed, without costs. Leave to appeal to the Court of Appeals granted. No opinion. Present — Martin, P. J., O'Malley, Dore and Cohn, JJ.